UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medina,

      Plaintiff,

  - *against* -

Neri's Bakery Products, et al.,

      Defendants.

17 Civ. 7710 (PED)

<u>ORDER APPROVING
SETTLEMENT</u>

PAUL E. DAVISON, U. S. M. J.:

  By letter-motion dated January 2, 2019, the parties seek approval, pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), of their settlement of plaintiff's Fair Labor Standards Act ("FLSA") claims. [Dkt. 32.]   Because the parties' FLSA settlement agreement alludes to separate, confidential agreements to resolve plaintiff's non-FLSA claims, the Court directed the parties to submit the non-FLSA agreements to the Court for *in camera* review.  Counsel complied on January 8, 2019.

  The Court has now reviewed the FLSA agreement as well as the non-FLSA agreements. The Court is satisfied that the FLSA agreement is fair and reasonable, even as considered alongside the confidential non-FLSA agreements.  There is no evidence of collusion or overreaching.

  Accordingly, the FLSA agreement is **APPROVED**.  In accordance with the parties' agreement, plaintiff's New York Labor Law claims are **DISMISSED WITHOUT PREJUDICE**.  This case is otherwise **DISMISSED WITH PREJUDICE**.

  The Clerk shall terminate the pending motion. [Dkt.32.]

Dated: January 11, 2019
      White Plains, New York

SO ORDERED

Paul E. Davison
United States Magistrate Judge